UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §  Case No. 11-41397-SPS
        §
ANDRZEJ MLECZKO  §
MALGORZATA MLECZKO  §
        §
    Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/20/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/29/2012          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 11-41397-SPS |
|---|---|---|
| | § | |
| ANDRZEJ MLECZKO | § | |
| MALGORZATA MLECZKO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $3,000.00
*and approved disbursements of* $12.62
*leaving a balance on hand of*[1] : $2,987.38

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,987.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $750.00 | $0.00 | $750.00 |
| David P. Leibowitz, Trustee Expenses | $14.96 | $0.00 | $14.96 |

Total to be paid for chapter 7 administrative expenses: $764.96
Remaining balance: $2,222.42

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $2,222.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,222.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,546.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Fifth Third Bank | $2,205.14 | $0.00 | $748.64 |
| 2 | Chase Bank USA, N.A. | $1,868.39 | $0.00 | $634.32 |
| 3 | FIA CARD SERVICES, N.A. | $1,200.15 | $0.00 | $407.45 |
| 4 | Quantum3 Group LLC as agent for | $1,272.48 | $0.00 | $432.01 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,222.42 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST-Form 101-7-NFR (5/1/2011)

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-41397-TAB
Andrzej Mleczko                                                         Chapter 7
Malgorzata Mleczko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 3           Date Rcvd: May 30, 2012
                              Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2012.
```
db         +Andrzej Mleczko,    7428 W. Washington,    Apt 307,    Forest Park, IL 60130-1539
jdb        +Malgorzata Mleczko,    7428 W. Washington,    Forest Park, IL 60130-1547
aty        +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
17911805   +Allied International Credit Corp,    100 East Shore Drive,    3rd Floor,
             Glen Allen, VA 23059-5758
17911808    Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
17911811   +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
17911809   +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18303748    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17911812    Chase Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
18363016    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17911814   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square Plz,    Cincinnati, OH 45202)
18245824   +Fifth Third Bank,    9441 LBJ Freeway, suite 350,    Dallas, TX 75243-4652
17911813   +Fifth Third Bank,    c/o Andrew J. Nelson,    Pierce & Associates P.C.,
             1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
17911817    HSBC Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
17911818    HSBC Retail Services,    PO Box 88000,    Baltimore, MD 21288-0001
17911819   +HSBC Retail Services,    PO Box 81622,    Salinas, CA 93912-1622
17911820    WFNNB/ROOMPLACE,    PO BOX 659704,    San Antonio, TX 78265-9704
17911821    WFNNB/ROOMPLACE,    P.O Box 182273-WF,    Columbus, OH 43218
17911822   +Wfnnb/Roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17946761      E-mail/Text: ECF@SHERMETA.COM May 31 2012 05:56:00     JPMorgan Chase Bank, N.A.,
               c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,    Rochester Hills, MI  48308-0908
18392385      E-mail/Text: bnc-quantum@quantum3group.com May 31 2012 05:26:31
               Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17911810*    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17911815*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
17911816*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    MD 1MOC2G-4050,    38 Fountain Square Plaza,
              Cincinnati, OH 45263-0001)
17911807    ##+Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
17911806    ##+Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
                                                                                        TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen              Page 2 of 3            Date Rcvd: May 30, 2012
                              Form ID: pdf006           Total Noticed: 21

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2012**                           **Signature:**         /s/ Joseph Speetjens

```
District/off: 0752-1          User: rgreen              Page 3 of 3              Date Rcvd: May 30, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2012 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor   Fifth Third Mortgage Company anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Christopher M Brown    on behalf of Creditor   Fifth Third Mortgage Company
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz    on behalf of Trustee David Leibowitz dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ted  Smith    on behalf of Debtor Andrzej Mleczko ted.smith@smithortiz.com,
           raquel.ortiz@smithortiz.com
                                                                                                                                                     TOTAL: 6